UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RENEE' SUMMERS AKERS                                           PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:08cv161TSL-FKB

HCC COMMUNITY COLLEGE                                          DEFENDANT

### ORDER

This cause is before the court on the motion of defendant HCC Community College for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff Renee' Summers Akers has responded to the motion, and the court, having considered the memoranda of authorities, together with attachments, submitted by the parties, concludes that the motion is not well taken and should be denied.

Accordingly, it is ordered that defendant's motion for summary judgment is denied.

SO ORDERED this 27th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE