UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

RENEE' SUMMERS AKERS                                              PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:08CV161TLS-JCS

HINDS COMMUNITY COLLEGE                                           DEFENDANT

## SPECIAL INTERROGATORIES AND VERDICT

1. Do you find that plaintiff Rene Akers has proven her claim of gender discrimination by a preponderance of the evidence?

   _____ Yes        __X__ No

2. Do you find that plaintiff Rene Akers has proven her claim of retaliation by a preponderance of the evidence?

   __X__ Yes          _____ No

3. a. If your answer to both questions 1 and 2 is "No," then your verdict is for the defendant Hinds Community College.
   b. If your answer to either question 1 or 2 is yes, then your verdict is for the plaintiff Rene Akers and you shall indicate the amount of damages you find as follows: $ 345,020.00 .

THIS __3__ day of November, 2010.