IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**RENEE' SUMMERS AKERS**                                                                 **PLAINTIFF**

**V.**                                                                           **CAUSE NO.: 3:08CV161TSL-FKB**

**HINDS COMMUNITY COLLEGE**                                                              **DEFENDANT**

## JUDGMENT ON A JURY VERDICT

This action was tried by a jury with the undersigned presiding, and the jury has rendered a verdict. Pursuant to the Jury's verdict on November 3, 2010, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1)  It is ADJUDGED that Plaintiff Renee' Akers did not prove her claim of gender discrimination pursuant to Title VII of the Civil Rights Act of 1964 by a preponderance of the evidence; therefore, it is ORDERED that her claim of gender discrimination is dismissed with prejudice;

2)  It is ADJUDGED that Plaintiff that Renee' Akers did prove her claim of retaliation pursuant to Title VII of the Civil Rights Act of 1964 by a preponderance of the evidence and the jury rendered a verdict in her favor;

3)  It is hereby ORDERED that Defendant Hinds Community College shall pay Plaintiff backpay and compensatory damages in the amount of $345,020.00, together with interest at the rate of 3.25% from November 3, 2010; and Plaintiff is awarded the costs of this cause; and

4)  It is hereby ORDERED that Plaintiff Renee' Akers has fourteen days from entry of this Judgment to file a Motion for Attorney Fees.

SO ORDERED this the 4th day of November, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE