United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

**F I L E D**
May 15, 2012

Lyle W. Cayce
Clerk

No. 11-60116

D.C. Docket No. 3:08-CV-161

RENEE SUMMERS AKERS,

    Plaintiff - Appellee

v.

HINDS COMMUNITY COLLEGE,

    Defendant - Appellant

SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**
JUL -3 2012
J T NOBLIN CLERK
BY_____ DEPUTY

Appeal from the United States District Court for the
Southern District of Mississippi, Jackson

Before REAVLEY, ELROD, and HAYNES, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is dismissed.

IT IS FURTHER ORDERED that plaintiff-appellee pay to defendant-appellant the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUN 2 6 2012

A True Copy
Attest    JUN 2 6 2012

Clerk, U.S. Court of Appeals, Fifth Circuit
By: Misty Lisotta
Deputy

New Orleans, Louisiana